**Fill in this information to identify the case:**

Debtor 1: JANINE ANN WHELAN

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Arizona
(State)

Case number: 2:19-bk-11415-SHG

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** First Guaranty Mortgage Corporation

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 4937

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✓] No
[ ] Yes. Date of the last notice: ___/___/____

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ ___ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ ___ |
| 3. Attorney fees | 7/30/2020 Response to Final Cure Payment - Opposed | (3) | $ 500.00 |
| 4. Filing fees and court costs | | (4) | $ ___ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ ___ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ ___ |
| 7. Property inspection fees | | (7) | $ ___ |
| 8. Tax advances (non-escrow) | | (8) | $ ___ |
| 9. Insurance advances (non-escrow) | | (9) | $ ___ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ ___ |
| 11. Other. Specify:_____ | | (11) | $ ___ |
| 12. Other. Specify:_____ | | (12) | $ ___ |
| 13. Other. Specify:_____ | | (13) | $ ___ |
| 14. Other. Specify:_____ | | (14) | $ ___ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | JANINE ANN WHELAN | | | Case number (if known) 2:19-bk-11415-SHG |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _/s/ Janet M. Spears_
Signature

Date 12/10/2020

Print: Janet M. Spears
First Name   Middle Name   Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
Number   Street
San Diego, CA 92177
City   State   ZIP Code

Contact phone ( 858 ) 750 – 7600

Email jspears@aldridgepite.com

| | |
|---|---|
| 1 | Janet M. Spears (SBN 023833)<br>jspears@aldridgepite.com |
| 2 | David E. McAllister (SBN 021551)<br>dmcallister@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |

Attorneys for First Guaranty Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re | Chapter 13 |
| JANINE ANN WHELAN, | Case No. 2:19-BK-11415-SHG |
| Debtor. | **PROOF OF SERVICE** |

I, Amber Finch, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

I hereby certify that I caused a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges to be served on December 10, 2020. Service was accomplished by the method and to the following as indicated:

**BY ELECTRONIC NOTICE OR FIRST CLASS MAIL**

JANINE ANN WHELAN
6241 E. BECK LANE
SCOTTSDALE, AZ 85254
(Via U.S. Mail)

Thomas Adams McAvity
documents@phxfreshstart.com
(Via Email)

1     CASE NO. 2:19-bk-11415-SHG
**PROOF OF SERVICE**

Case 2:19-bk-11415-SHG   Doc   Filed 12/10/20   Entered 12/10/20 12:00:53   Desc
Main Document    Page 3 of 4

RUSSELL BROWN
mail@ch13bk.com
(Via Email)

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 10, 2020        /s/ *Amber Finch*
　　　　　　　　　　　　　　　AMBER FINCH